IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JODY LEE RABY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:23-cv-00296-MTT-CHW |
| | : | |
| ANGELA REAVES-PHAMS, *et al.*, | : | Proceedings Under 42 U.S.C. §1983 |
| | : | Before the U. S. Magistrate Judge |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Plaintiff Jody Lee Raby's motion to compel Defendants to provide answers to his discovery requests. (Doc. 41). Plaintiff's motion is not appropriate at this time. The Court does not entertain motions to compel absent a certificate that the movant first attempted to confer, in good faith, with the opposing parties to seek the requested information without court action. Fed. R. Civ. P. 37; Local Rule 37. Plaintiff's motion is unaccompanied by such a certificate. In addition, the Court has recently entered a protective order (Doc. 43) governing the use of any documents provided in discovery, and Defendants have indicated that they will provide responses to Plaintiff's discovery requests subject to that order. Plaintiff's motion to compel (Doc. 41) is therefore **DENIED**.

**SO ORDERED**, this 28th day of June, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1