IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JODY LEE RABY,** | : |
| | : |
| **Plaintiff,** | : |
| | : Case No. 5:23-cv-296-MTT-CHW |
| v. | : |
| | : |
| **ANGELA REAVES-PHAMS,** *et al.*, | : |
| | : Proceedings Under 42 U.S.C. § 1983 |
| **Defendants.** | : Before the U.S. Magistrate Judge |

## ORDER FOR RESPONSE

Plaintiff filed a letter with the Court (Doc. 52) stating that he did not receive the relevant discovery responses that Defendants affirmed would be provided subject to the Court's protective order. (Docs. 39, 43). Defendants are hereby **ORDERED** to respond to Plaintiff's letter <u>within 14 days of this order</u> and provide a status update regarding when the discovery responses were provided to Plaintiff and any other information that would be beneficial to the Court to determine if Defendants provided discovery as described in their motion for protective order. *See* (Doc. 39, p. 2).

**SO ORDERED**, this 25th day of October, 2024.

                                                      s/ Charles H. Weigle
                                                    Charles H. Weigle
                                                    United States Magistrate Judge