IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JODY LEE RABY, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00296-MTT-CHW |
| | * |
| ANGELA REAVES-PHAMS et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 4, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 4th day of March, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk